## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
              Plaintiff

      v.

ROBERT YOUNG
              Defendant

Civil Action No:  16-05369

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

              Respectfully submitted,
              KML Law Group, P.C.

              By: _____
              Thomas I. Puleo, Esquire
              Pennsylvania Attorney I.D. No. 27615
              Suite 5000 – BNY Independence Center
              701 Market Street
              Philadelphia, PA  19106-1532
              (215) 825-6309