# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 16-5369** |
| **ROBERT YOUNG,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

**AND NOW**, this _28th_ day of November, 2016, upon consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. 2), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter shall be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, C.J.**